IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-1726-WYD-CBS

KELVA ROSS,

    Plaintiff,

v.

STANDARD INSURANCE COMPANY,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THIS MATTER is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (ECF No. 20), filed on November 4, 2015.  The parties have settled all issues in the case, and each agrees to pay its own attorney fees and costs. The Plaintiff voluntarily dismisses the action against the Defendant with prejudice.  Accordingly, it is

ORDERED that this action is **DISMISSED WITH PREJUDICE** against Defendant Standard Insurance Company.  The Clerk of the Court is directed to close this case.

Dated: November 9, 2015.

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge